NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3243

JEFFREY L. SHAPIRO,

Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in NY0752090046-I-1.

ON MOTION

ORDER

Jeffrey L. Shapiro submits correspondence that the court treats as a motion to withdraw his petition for review.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

AUG 2 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Jeffrey L. Shapiro
       Arlene Pianko Groner, Esq.

s17

ISSUED AS A MANDATE:    AUG 2 7 2009
_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 7 2009

JAN HORBALY
CLERK

_____
       *    Shapiro requests that this dismissal be without prejudice; however, it is not the practice of this court to dismiss with or without prejudice.